Ross C. Goodman
Nevada Bar No. 7722
**GOODMAN LAW GROUP, P.C.**
ross@goodmanlawgroup.com
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088

*Attorneys for Plaintiff Monica Contreras*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONICA CONTRERAS,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD D. FOX; JAMES KENYON; PATRICIA DONINGER; CLARK COUNTY, NEVADA; STATE OF NEVADA, ex rel. THE EIGHTH JUDICIAL DISTRICT COURT, DOES 1-10; and ROE ENTITIES 11-20, inclusive,<br><br>    Defendant. | Case No.: 2:13-cv-00591-APG-PAL<br><br>**ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE RESPONSE TO DEFENDANT STATE OF NEVADA'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED to between Ross C. Goodman, Esq., of Goodman Law Group, counsel for Plaintiff and C. Wayne Howle, Esq., Solicitor General for the Office of Nevada Attorney General, counsel for State of Nevada and Eighth Judicial District

///

///

///

///

///

Court, and hereby stipulate and agree that Plaintiff shall have up to and including June 1, 2013, to file a response to Defendant State of Nevada's Motion to Dismiss.

Dated this 15th day of May, 2013.

| NEVADA ATTORNEY GENERAL'S OFFICE | GOODMAN LAW GROUP |
|---|---|
| /s/ C. Wayne Howle, Esq. | /s/ Ross C. Goodman, Esq. |
| C. Wayne Howle, Esq. | Ross C. Goodman, Esq. |
| Nevada Bar No.: 3443 | Nevada Bar No.: 7722 |
| 100 North Carson Street | 520 South Fourth Street |
| Carson City, Nevada 89701 | Las Vegas, Nevada 89101 |
| ***Attorneys for State of Nevada, Eighth Judicial District Court*** | ***Attorney for Monica Contreras*** |

Case No.: 2:13-cv-00591-APG-PAL

*Contreras v. Fox, et al.*

### ORDER

IT IS SO ORDERED that Plaintiff shall have up to and including June 1, 2013 to file a response to Defendant State of Nevada's Motion to Dismiss.

DATED this 16th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

*/s/ Ross C. Goodman, Esq.*
Ross C. Goodman, Esq.
Nevada Bar No.: 7722
520 South Fourth Street
Las Vegas, Nevada 89101

*Attorney for Monica Contreras*