Ross C. Goodman
Nevada Bar No. 7722
**GOODMAN LAW GROUP, P.C.**
ross@goodmanlawgroup.com
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088

*Attorneys for Plaintiff Monica Contreras*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MONICA CONTRERAS,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD D. FOX; JAMES KENYON; PATRICIA DONINGER; CLARK COUNTY, NEVADA; STATE OF NEVADA, ex rel. THE EIGHTH JUDICIAL DISTRICT COURT, DOES 1-10; and ROE ENTITIES 11-20, inclusive,<br><br>Defendant. | Case No.: 2:13-cv-00591-APG-PAL<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED to between Ross C. Goodman, Esq., of Goodman Law Group, counsel for Plaintiff, and C. Wayne Howle, Esq., Solicitor General for the Office of Nevada Attorney General, counsel for State of Nevada and Eighth Judicial District Court, that DEFENDANT STATE OF NEVADA, ex rel. THE EIGHTH JUDICIAL DISTRICT

///

///

///

///

Page 1 of 2

COURT be voluntarily dismissed from the action without prejudice, with each party to bear its own costs of suit and attorneys' fees incurred herein.

Dated this 29th day of May, 2013.

| **NEVADA ATTORNEY GENERAL'S OFFICE** | **GOODMAN LAW GROUP** |
|---|---|
| */s/ C. Wayne Howle, Esq.* <br> C. Wayne Howle, Esq. <br> Nevada Bar No.: 3443 <br> 100 North Carson Street <br> Carson City, Nevada 89701 | */s/ Ross C. Goodman, Esq.* <br> Ross C. Goodman, Esq. <br> Nevada Bar No.: 7722 <br> 520 South Fourth Street <br> Las Vegas, Nevada 89101 |
| *Attorneys for State of Nevada, Eighth Judicial District Court* | *Attorney for Monica Contreras* |

### ORDER

IT IS SO ORDERED.

DATED this 4th day of June, 2013.

_____
United States District Judge

Respectfully submitted by:

*/s/ Ross C. Goodman, Esq.*
Ross C. Goodman, Esq.
Nevada Bar No.: 7722
520 South Fourth Street
Las Vegas, Nevada 89101

*Attorney for Monica Contreras*