

# Office of Human Resources

500 S Grand Central Pky 3rd Fl · Box 551791 · Las Vegas NV 89155-1791
(702) 455-4565 · Fax (702) 384-1405

Jesse E. Hoskins, Director

July 17, 2012

Anthony Vogel, President
Clark County Deputy Marshals Association
325 South Third Street, Box 1-180
Las Vegas, Nevada 89101

President Vogel:

We received your request for a Step 2 termination meeting in accordance with the Association and District Courts 2011 Memorandum of Understanding (MOU).

I must decline your request. I have no authority to accept a Step 2 request from the Association on behalf of the County Manager. As I reviewed the MOU, it is clear the Board of County Commissioner's have not approved the document.

If you have any questions, please contact me at 702-455-3514.

Sincerely,

Jesse E. Hoskins
Director, Human Resources

Cc:  Steve Grierson
     Aaron Grigsby
     Bob Bennett
     Rick McCann
     Barbara King
     Ed May

BOARD OF COUNTY COMMISSIONERS
SUSAN BRAGER, Chair · STEVE SISOLAK, Vice-Chair
LARRY BROWN · TOM COLLINS · CHRIS GIUNCHIGLIANI · MARY BETH SCOW · LAWRENCE WEEKLY
DONALD G. BURNETTE, County Manager

FXHTDTT1

# Office of Human Resources

500 S Grand Central Pky 3rd Fl · Box 551791 · Las Vegas NV 89155-1791
(702) 455-4565 · Fax (702) 384-1405

Jesse E. Hoskins, Director

September 4, 2012

Anthony Vogel
Clark County Deputy Marshalls
325 South Third Street, Box 1-180
Las Vegas, Nevada 89101

Dear Mr. Vogel:

Clark County has agreed to provide a post-termination hearing to Ron Fox pursuant to the Merit Personnel System Procedures. Clark County has an agreement with the Court to provide employee relations services to its employees pursuant to the MPS. Although you requested a Step 2 Meeting on behalf of Mr. Fox, Clark County has no duty; contractual or otherwise to provide a Step 2 Meeting to Mr. Fox.

Further, Mr. Fox never requested a pre or post-termination hearing pursuant to the MPS, but in this case because you appear to have erroneously advised him in this matter, Clark County will waive the timeline in this case only.

Please be advised that Clark County will not waive timeline in other cases and will adhere to the timeline in the MPS; which is adopted by the Court. Clark County has not recognized the CCDMA and is not a party to the MOU between the CCDMA and the Eighth Judicial Court."

Sincerely,

Jesse E. Hoskins
Director, Human Resources

Cc:     Rick McCann, Executive Director
        NAPSO

BOARD OF COUNTY COMMISSIONERS
SUSAN BRAGER, Chair · STEVE SISOLAK, Vice-Chair
LARRY BROWN · TOM COLLINS · CHRIS GIUNCHIGLIANI · MARY BETH SCOW · LAWRENCE WEEKLY
DONALD G. BURNETTE, County Manager

## HEARING RULING

In the Matter of the Merit Personnel Post-Termination Hearing of Ronald D. Fox

Appearances:

For Ronald D. Fox:     Richard P. McCann, J.D.
                       Executive Director
                       Nevada Association of Public Safety Officers
                       970 Empire Mesa Way
                       Henderson, NV 89011

For Clark County:      Tim Andrews
                       Assistant Court Administrator
                       Clark County District Court
                       200 Lewis Avenue
                       Las Vegas, NV 89101

Hearing Master:        Edward M. Finger
                       Assistant County Manager
                       Clark County, Nevada
                       500 South Grand Central Parkway
                       Las Vegas, NV 89155

1

EXHIBIT 2

immediate action, specifically discharge, as actions of moral misconduct, misconduct, and/or acts evidencing moral turpitude, and such discharge can occur without progressive discipline as provided for in both the Clark County Merit Personnel System and the Model Code of Conduct for all Judicial Employees in the State of Nevada.

While not necessarily under his purview, the Hearing Master did not find evidence that violations of NRS 289 occurred.

### Ruling

The termination of Ronald D. Fox by the Clark County District Court is upheld.


_____
Edward M. Finger, Hearing Master

10/29/12
Date

12



**CLARK COUNTY**
Department of Human Resources
500 S. Grand Central Pkwy, 3rd Floor,
PO Box 551791
Las Vegas, NV 89155-1791
(702)455-4565
http://www.clarkcountynv.gov

## INVITES APPLICATIONS FOR THE POSITION OF:
**BAILIFF**
Department Name: District Court
Exam Number: 06138

**SALARY**
$38,313.60 - $59,384.00 Annually

**OPENING DATE:** 08/14/12

**CLOSING DATE:** 06/28/13 05:00 PM

**ABOUT THE POSITION:**

**The successful candidate will start at the minimum of the salary range unless otherwise approved by the County Manager.**

This examination will establish an Open Competitive and Promotional list to fill current and/or future vacancies that may occur within the next six (6) months or may be extended as needed by the Office of Human Resources.

Qualifying education and experience must be clearly documented in the "Education" and "Work Experience" sections of the application. Do not substitute a resume for your application or write "see attached resume" on your application.

**THIS RECRUITMENT MAY BE USED TO FILL TERM (LIMITED-PERMANENT) POSITIONS. THE SELECTED CANDIDATES WILL BE HIRED FOR A SPECIAL PROJECT OR DUTIES OF A LIMITED DURATION, AND BE REQUIRED TO SIGN A TERM OF EMPLOYMENT LETTER SPECIFYING CONDITIONS AND EXACT DATES OF EMPLOYMENT. THE SUCCESSFUL CANDIDATES WILL BE ELIGIBLE FOR BENEFITS DURING THE DURATION OF EMPLOYMENT.**

**MINIMUM REQUIREMENTS**

**Education and Experience: Equivalent to graduation from high school. Must possess a valid Nevada State P.O.S.T. Category II (or higher) certification at time of** application. **Additional experience in dealing with the public is desirable.**

**Working Conditions:** Wear a uniform as specified. Carry a firearm, chemical agent and meet and maintain applicable certifications.

**Licensing and Certification:** Specified positions may require possession of a valid Nevada Class C Driver's License. Must possess a valid Nevada P.O.S.T Category II (or higher) certification at time of application. Weapons qualification is required for duty weapon. Failure to



satisfactorily complete required training shall be proper cause for termination.

**In addition, appointed District Court and Las Vegas Justice Court judicial bailiffs must complete a valid Nevada P.O.S.T. Category I training program within eighteen (18) months from the date of hire.**

**Please Note: Applications submitted without a copy of the candidate's Nevada P.O.S.T. Category II certification or higher are incomplete and will not be considered.** Certificates may be faxed to (702) 868-2577, or mailed/delivered to Clark County Human Resources, located within the Clark County Government Center, at 500 S. Grand Central Parkway, 3rd Floor, Las Vegas, NV 89155. Candidate's name, recruitment title, and exam number must be clearly written on the Nevada P.O.S.T. certification.

**Applicants with P.O.S.T. certifications outside the state of Nevada must provide documentation at time of <u>application</u> proving their certification meets Nevada P.O.S.T. Category II standards.**

**Background Investigation:** Employment is contingent upon successful completion of a background investigation that meets all requirements of Nevada Administrative Code 289.110. *Periodically after employment background investigations may be conducted.*

**Medical Examination:** Employment is contingent upon the results of a physical examination performed by our examining physician.

**Pre-Employment Drug Testing:** Employment is contingent upon the results of a pre-employment drug examination.

## EXAMPLES OF DUTIES

Monitors scanning equipment, books, prisoners at the bailiff station, security gate or in court as directed by the court. Maintains procedures to protect the safety of the judge and the court's property; protects all court personnel, attorneys, and visitors in the courts; maintains security of the jury during all phases of the trial. Calls court to order and maintains appropriate decorum in court whenever court is in session. Ensures potential witnesses are separated from jurors prior to and throughout trial. Takes emergency action and/or notifies emergency personnel as *the situation warrants; may administer basic first aid or CPR if required. Transports detainees* and assists transportation officers in moving detainees to and from the courtroom, holding cells and vehicles. Acts as liaison between the judge, attorneys, courtroom staff and the public in order to ensure the orderly conduct of court business. Opens and locks secured areas and facilities; sets up courtroom for operation. Contributes to the efficiency and effectiveness of the unit's service to its customers by offering suggestions and directing or participating as an active member of a work team. May execute warrants of arrest as assigned by the court. May perform general office support work, deliver or pick-up documents and other materials and assist the judge in other ways as instructed. May operate video recording equipment in the courtroom.

## PHYSICAL DEMANDS

Mobility to work in a typical office or court setting and use standard office equipment, strength to lift materials weighing up to 50 pounds, vision to read printed materials and a computer screen, and hearing and speech to communicate in person or over the telephone. Strength to effectively subdue and/or remove persons in difficult or emergency situations. Accommodation may be made for some of these physical demands for otherwise qualified individuals who require and request such accommodation.



0

# JOB LISTING

**VIEW EMPLOYER**

## COURT HEARING MASTER (FAMILY COURT)

**Organization:** Clark County

## Summary:

| | |
|---|---|
| Job Title: | COURT HEARING MASTER (FAMILY COURT) |
| Closing Date/Time: | Tue. 12/09/08 5:00 PM Pacific Time |
| Salary: | $99,112.00 - $153,608.00 annually |
| Job Type: | EXEMPT |
| Location: | Clark County - Las Vegas, Nevada |
| Department: | District Court |
| Exam Number: | CHM-FC |

APPLY

## Description:



**CLARK COUNTY**
Department of Human Resources
500 S. Grand Central Pkwy, Third Floor,
PO Box 551791
Las Vegas, NV 89155-1791
(702)455-4565
http://www.accessclarkcounty.com

## INVITES APPLICATIONS FOR THE POSITION OF:
## COURT HEARING MASTER (FAMILY COURT)
Department Name: District Court
Exam Number: CHM-FC

### SALARY
$99,112.00 - $153,608.00 Annually

**OPENING DATE:** 11/21/08

**CLOSING DATE:** 12/09/08 05:00 PM

**ABOUT THE POSITION:**

THIS IS AN EXEMPT POSITION AND ANY RULES OR
PROCEDURES GOVERNING THE COMPETITIVE PROCESS
DO NOT APPLY.

This examination will establish an Open Competitive and Promotional list
to fill current and/or future vacancies that may occur within the next six
(6) months.

This position will be assigned to the Family Court Division and
responsible for hearing matters and rendering legal opinions and decisions
in case law in the areas of family and juvenile law. This may include
matters related to Abuse and Neglect, Delinquency, Child Support,
Domestic Violence, or Guardianship.

## Requirements:

**Resume Requirement:** Candidates are required to submit a resume at time
of application. Resumes must be received by the Office of Human
Resources prior to 5:00 p.m. on the posted closing date. Resumes may be
electronically attached during the online application process, faxed to (702)
455-2253, or mailed/delivered to Clark County Human Resources, located
within the Clark County Government Center at 500 S. Grand Central
Parkway, 3rd Floor, Las Vegas, NV 89106. Candidate's name, recruitment
title, and exam number must be clearly written on the resume.

There are no supplemental questions for this posting.

## MINIMUM REQUIREMENTS

**Education and Experience:**

**Possession of a certificate of admission to the Bar of the State of Nevada and eligibility to practice law before the courts of the State of Nevada; AND eight (8) years of full-time experience in professional legal work, including four (4) years as a practicing attorney.**

**Working Conditions:** May not engage in the private practice of law.

**Licensing and Certification:** Must be a member in good standing of the State Bar in the State of Nevada.

## EXAMPLES OF DUTIES

Hears court matters pursuant to Nevada Revised Statutes. Procures the attendance of witnesses by issuance of subpoenas. Requires the production of evidence. Takes evidence and rules upon its admissibility. Hears arguments. Makes findings of fact, conclusions of law and makes recommendations. Confers with the appropriate District Court judges to review cases and address concerns and issues. Provides information to attorneys and interested parties over the telephone, in person or through written correspondence. Assists in the drafting and reviewing proposed legislation; researches implications of such legislation and makes recommendations as required. Makes presentations to professional, educational and community groups regarding the assigned function; confers with representatives of other County departments to coordinate and facilitate work. Plans, organizes, assigns, supervises, reviews and evaluates the work of assigned support staff. Recommends selection of staff; trains staff in work procedures; administers discipline as required. Contributes to the efficiency and effectiveness of the unit's service to its customers by offering suggestions and directing or participating as an active member of a work team. Uses standard office equipment, including a computer, in the course of the work.

## PHYSICAL DEMANDS

Mobility to work in a typical office or court setting and use standard office equipment, vision to read printed materials and a computer screen, and

hearing and speech to communicate in person or over the telephone. Accommodation may be made for some of these physical demands for otherwise qualified individuals who require and request such accommodation.

*An Equal Opportunity Employer*                              JP

APPLY

## Special Instructions:

Please mention you learned of this employment opportunity on the Careers In Government website.

## Job Category:

Legal Services

## Location:

500 S Grand Central Pkwy
PO Box 551791
City: Las Vegas
State: Nevada
Zip: 89155-1791
Country: UNITED STATES

## Phone:

702-455-3198

## Fax:

702-455-2253

## Email:

joyannep@co.clark.nv.us

## Job Type:

Full-time

## Job Level:

Executive

## Salary:

$99,112.00 to $153,608.00 Annually

0