# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MONICA CONTRERAS,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD D. FOX, *et al.*,<br><br>    Defendants. | Case No. 2:13-cv-00591 -APG-PAL<br><br>**MINUTE ORDER IN CHAMBERS** |

Based upon the Stipulation and Order of Voluntary Dismissal [Dkt. 28] dismissing the State of Nevada from this case, the State's Motion to Dismiss [Dkt. 13] is moot. Thus,

**IT IS HEREBY ORDERED** that the Motion to Dismiss [Dkt. 13] is terminated.

Dated: July 5, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE