1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

* * *

8

MONICA CONTRERAS,

Case No. 2:13-cv-00591 -APG-PAL

9

Plaintiff,

**MINUTE ORDER IN CHAMBERS**

10

v.

11

RONALD D. FOX, *et al.*,

12

Defendants.

13

14      Based upon the Stipulation and Order of Voluntary Dismissal [Dkt. 28] dismissing

15   the State of Nevada from this case, the State's Motion to Dismiss [Dkt. 13] is moot.

16   Thus,

17      **IT IS HEREBY ORDERED** that the Motion to Dismiss [Dkt. 13] is terminated.

18      Dated:  July 5, 2013.

19      _____
        ANDREW P. GORDON
        UNITED STATES DISTRICT JUDGE

20
21
22
23
24
25
26
27
28