Ross C. Goodman
Nevada Bar No. 7722
**GOODMAN LAW GROUP, P.C.**
ross@goodmanlawgroup.com
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MONICA CONTRERAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:13-cv-00591-JCM-PAL |
| | ) |
| RONALD D. FOX; JAMES KENYON; | ) |
| PATRICIA DONINGER; CLARK COUNTY, | ) **PLAINTIFF'S MOTION FOR LEAVE TO** |
| NEVADA; STATE OF NEVADA, ex rel. THE | ) **AMEND** |
| EIGHTH JUDICIAL DISTRICT COURT, | ) |
| DOES 1-10; and ROE ENTITIES 11-20, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | |

Plaintiff MONICA CONTRERAS moves this Honorable Court for an Order, pursuant to Fed.R.Civ.P. 15, granting leave to amend her Complaint. A copy of the proposed Amended Complaint is attached hereto.

**POINTS and AUTHORITIES**

Fed.R.Civ.P. 15 provides that when a party seeks to amend its pleading, the Court "should freely give leave when justice so requires." Leave is particularly warranted since this motion is filed far in advance of the scheduled last date for seeking amendment and is being filed prior to the expiration of the applicable statutes of limitation.

The proposed amendment eliminates the references to the State of Nevada as a Defendant. Based upon information revealed in Rule 26 disclosures, allegations and claims are added against an additionally named defendant, court Marshall Gregory Bryant. Also, in view of matters in the Rule 26 disclosures and matters developed through further investigation and research, the Fourteenth through the Sixteenth Claims for Relief have been added.

## CONCLUSION

Particularly since this motion is filed prior to the expiration of the statute of limitations and in view of the standard in Fed.R.Civ.P. 15, it is respectfully requested that the Court issue an Order granting leave for the filing of the proposed Amended Complaint.

DATED this 7th day of August, 2013.

*s/ Ross C. Goodman, Esq.*
Ross C. Goodman
Nevada Bar No. 7722
**GOODMAN LAW GROUP, P.C.**
ross@goodmanlawgroup.com
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of August, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, as follows:

Luther Snavely, Esq.
Email: Luther@gms4law.com
Eva Garcia-Mendoza, Esq.
Email: evagm@gms4law.com
Garcia-Mendoza & Snavely, Chtd.
501 S. Seventh Street
Las Vegas, Nevada 89101
**Attorneys for Ronald D. Fox**

Lyssa S. Anderson, Esq.
Email: landerson@kcnvlaw.com
Kaempfer Crowell Renshaw Gronauer & Fiorentino
8345 West Sunset Rd., Ste. 250
Las Vegas, Nevada 89113
**Attorneys for James Kenyon**

Walter R. Cannon, Esq.
Email: wcannon@ocgas.com
Olson, Cannon, Gormley, Angulo & Stoberski
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
**Attorneys for Patricia Doninger**

Robert W. Freeman, Esq.
Email: rfreeman@lbbslaw.com
Lewis Brisbois Bisgaard & Smith, LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
**Attorneys for Clark County**

/s/ Ross C. Goodman, Esq.
Ross C. Goodman, Esq.