**EXHIBIT 1**

## AFFIDAVIT OF LUTHER M. SNAVELY, ESQ.

STATE OF NEVADA      )

COUNTY OF CLARK      )

LUTHER M. SNAVELY, ESQ., being first duly sworn, deposes and says:

1. That I am over eighteen years of age and am competent to testify to the matters set forth herein.

2. That I am an attorney licensed to practice law in the State of Nevada.

3. That my Nevada Bar Number is 5507.

4. That I am a Partner with the law firm of Garcia-Mendoza & Snavely, Chtd.

5. That my office telephone number is (702) 384-8484. That my office fax number is (702) 384-0207. That my e-mail address is Luther@gms4law.com. That my office address is 501 South Seventh Street, Las Vegas, Nevada 89101.

6. That I represent the Defendant Ronald D. Fox in Case No. 2:13-cv-00591-JCM-PAL, which is now before the U.S. District Court for the District of Nevada.

7. That this Affidavit is offered in support of Defendant Fox's Response To Plaintiff's Motion For Leave To Amend.

8. That I have personal knowledge of the facts stated below, unless otherwise stated, and could, and would, testify as to such facts if called upon.

9. That Attached as Exhibit 1 to Defendant Fox's Response To Plaintiff's Motion For Leave To Amend are correct copies of the Citation issued to the Plaintiff by Defendant Fox as well as the Court Minutes from the Justice Court of Las Vegas Township, Las Vegas, Nevada, which shows the Justice Court's Disposition of the charges brought against the Plaintiff associated with the Citation issued to the Plaintiff by Defendant Fox.

FURTHER AFFIANT SAYETH NAUGHT

_____
Luther M. Snavely III

SUBSCRIBED AND SWORN TO Before me
this 26th day of August, 2013

_____
NOTARY PUBLIC, in and for said
County and State

NOTARY PUBLIC
ALMA R. AVALOS
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. FEB. 15, 2015
No: 94-0541-1

2

☐ In the Municipal Court of
☒ In the Justice Court of Clark County
Court #: **HM40295**

☒ Adult   ☐ Juvenile

**State of Nevada**
**CLARK COUNTY**
Las Vegas Metropolitan Police Department
TRAFFIC/MISDEMEANOR CITATION/COMPLAINT

**COURT**
Event #: 110908-3257
ID #:

1-0454686 A

☐ Traffic   ③ ☐ Accident
☒ Non-Traffic   ☐ Warning
☐ Parking   Meter #

☐ School Zone   ☐ Hazmat
☐ Construction Zone   ☐ S.T.E.P.
☐ Urban   ☐ Rural

☐ Injuries   ☐ Crime Report
☐ Officer's Report
☐ Evidence Logged   ☐ Arrest
☐ Aircraft Clock Number
☐ Radar   ☐ Other
Explain:

Travel Direction: ☐ N ☐ S ☐ E ☐ W   Beat/Area: G2   Mile Marker:

At Location: 602 N. PECOS LAS VEGAS NV 89101
Violation Date: 8-8-2011   Time: 435   Issue Date: 8-8-2011   Time:

Day Code: ☐1 ☒2 ☐3 ☐4 ☐5 ☐6 ☐7
Defendant Type: ☐ Driver ☐ Passenger ☒ Pedestrian ☐ Other Explain:

Had Been Drinking: ☐Yes ☐No ☒Unknown
Test Type: ☐PBT ☐Blood ☐Breath ☐UA
☐Drugs Suspected   Results:   %

THE UNDERSIGNED CERTIFIES AND SAYS THAT IN THE STATE OF NEVADA
NAME (Last, First, Middle): CONTRESAS MONICA
Social Security #: 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
Address: ☒Physical ☐Mailing   225 S STEPHANIE ST APT 912
City: HENDERSON   State: NV   Zip: 89012   Cty: USA
DOB: 5-27-1984   Race: W   Sex: F   Height: 5'00"   Weight: 95   Hair: BRO   Eyes:
DLN/ID: 1703617059   ☐CDL   State: NV   Class: C   Expiration: 5-27-13   Restrictions: NONE   Endorsements: NONE
Vehicle has current proof of insurance? ☐Yes ☐No   Expiration Date of Insurance Card:

DID OPERATE THE FOLLOWING VEHICLE/MOTOR VEHICLE AT THE ABOVE LISTED LOCATION
Commercial Vehicle ☐   US DOT #:   VIN #:
Vehicle License:   Lic. State:   Expiration:   Year:   Make:   Model:   Type:   Color:
Reg. Owner ☐ Same   Address:

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):

**1 Violation:** FURNISHING FALSE INFORMATION TO A PUBLIC OFFICER   4810
Posted Speed: —   Actual Speed: —   Cited Speed: —
☒NRS ☐CFR ☐County Code ☐Municipal Code
To Wit: DID AFTER DO NOTICE PROVIDED   NRS/County/City # 197.190
FALSE INFORMATION TO A PUBLIC OFFICER R.FOX P# 242
WAS TOLD THAT I ASKED HER TO TAKE OFF HER SHIRT IN THE
COURT ROOM.

**2 Violation:** DISTURBING THE PEACE   5301
To Wit: DID MALECIOUSLY AND
UNLAWFULLY CAUSING WILLFULLY
DESTURB THE PEACE AND QUIET OF A PERSON JUDGE INCT 8N19
PAT DONENLER BY YELLING IN COURT
☐NRS ☐CFR ☐County Code ☒Municipal Code
NRS/County/City #:

I certify (or declare) that I have reasonable grounds/probable cause to believe and do believe that above named person committed the above offense(s) contrary to law.

Officer/Complainant's PRINTED Name: R FOX
Officer/Complainant's Signature:
P#: 241   Bureau: CCMD

Las Vegas Municipal Court / Las Vegas Justice Court / Juvenile Justice Services / Goodsprings Justice Court / Henderson Justice Court / Henderson Municipal Court / North Las Vegas Justice Court

Township:   Justice Court:   Phone:

You are hereby ordered to appear on 10 day of OCT year 2011 at ___ a.m./p.m.   OR ☒ Regular Business Hours
WITHOUT ADMITTING HAVING COMMITTED THE ABOVE OFFENSE(S), I HEREBY PROMISE TO RESPOND AS DIRECTED ON THIS NOTICE AND WAIVE MY RIGHT TO BE TAKEN IMMEDIATELY BEFORE A MAGISTRATE (NRS 484.799 AND NRS 484.803).

Defendant's Signature X
☐ Interpreter Needed?   LANGUAGE
☐ Court Mandatory   Violation Code(s):

Failure to comply with this complaint or future dates relating to this complaint will constitute a separate offense.

# JUSTICE COURT, LAS VEGAS TOWNSHIP

| STATE VS. CONTRERAS, MONICA | | CASE NO. 11M40295X |
| --- | --- | --- |
| | | PAGE: 1 |

| DATE, JUDGE OFFICERS OF COURT PRESENT | APPEARANCES - HEARING | CONTINUED TO: |
| --- | --- | --- |
| AUGUST 8, 2011 | **CRIMINAL CITATION ISSUED:**<br>**COUNT 1 – FURNISHING FALSE INFORMATION TO A PUBLIC OFFICER**<br>**COUNT 2 – DISTURBING THE PEACE** | 10/10/11<br><br>REG. BUS. HOURS<br><br>kc |
| OCTOBER 10, 2011<br>J. MARSHALL<br>J. HERBERT, DA<br>R. MORICHETTI, CR<br>V. KENDRICK, CLK | INITIAL ARRAIGNMENT<br>DEFENDANT PRESENT IN COURT<br>DEFENDANT ADVISED OF CHARGES/WAIVES READING OF COMPLAINT<br>STATE NOT SEEKING JAIL TIME<br>MOTION TO CONTINUE BY STATE FOR POSSIBLE NEGOTIATIONS WITH 11FH1147X PER J. HERBERT, DA- **MOTION GRANTED**<br>DATE SET<br><br>NO BAIL POSTED | 11/07/11 8:00 #3<br><br>kc |
| NOVEMBER 7, 2011<br>J. MARSHALL<br>J. VILLANI, DA<br>S. GOLDSTEIN, ESQ.<br>FOR D. PENNEY, ESQ.<br>R. MORICHETTI, CR<br>V. KENDRICK, CLK | DEFENDANT NOT PRESENT IN COURT<br>PASSED FOR STATUS CHECK ON NEGOTIATIONS AND CASE 11FH1147X<br>DATE SET<br><br>NO BAIL POSTED | 11/14/11 8AM #3<br><br>BMP |
| NOVEMBER 14, 2011<br>J. MARSHALL<br>H. WONG, DA<br>S. GOLDSTEIN, ESQ<br>FOR D. PENNEY, ESQ<br>R. MORICHETTI, CR<br>R. THAU, CLK | DEFENDANT NOT PRESENT IN COURT<br>PER DEFENSE, POSSIBLE JURISDICATION COULD BE CITY IN LIEU OF CLARK COUNTY<br>PASSED BY COURT FOR STATUS CHECK ON NEGOTIATIONS AND SET TRIAL<br><br>NO BAIL POSTED | 12/15/11 8AM #3<br><br>SMM |
| DECEMBER 15, 2011<br>J. MARSHALL<br>P. BROOKS, DA<br>S. GOLDSTEIN, ESQ<br>FOR D. PENNEY, ESQ<br>R. MORICHETTI, CR<br>V. KENDRICK, CLK | DEFENDANT **NOT PRESENT** IN COURT<br>PLEA OF NOT GUILTY, SET FOR TRIAL<br><br>NO BAIL POSTED | 5/23/12 9AM #3<br><br>RST |
| MAY 23, 2012<br>W. KEPHART FOR #11<br>J. VILLANI, DA<br>S. GOLDSTEIN FOR<br>D. PENNEY, ESQ<br>P. SMITH, CR<br>E. PRISBREY, CLK | TIME SET FOR CRIMINAL TRIAL<br>DEFENDANT PRESENT IN COURT<br>MOTION BY STATE TO AMEND COUNT 1 TO MISDEMEANOR – **DISORDERLY CONDUCT** – MOTION GRANTED<br>PLEA OF NOLO CONTENDERE – COURT FINDS DEFENDANT GUILTY<br>DEFENDANT ORDERED TO STAY OUT OF TROUBLE<br>$163 FINE $70 AA $7 SAA $10 FAA - $250 TOTAL DUE<br>DEFENDANT SENTENCED TO 30 DAYS IN JAIL – SUSPENDED<br>COUNT 2 DISMISSED<br>**JUDGMENT ENTERED**<br>DATE SET<br><br>NO BAIL POSTED | 08/15/12 7:30 #11<br>EDP |

# JUSTICE COURT, LAS VEGAS TOWNSHIP

| STATE VS. | CONTRERAS, MONICA | | CASE NO. | 11M40295X |
|---|---|---|---|---|
| | | | PAGE: | 2 |

| DATE, JUDGE OFFICERS OF COURT PRESENT | APPEARANCES - HEARING | CONTINUED TO: |
|---|---|---|
| AUGUST 14, 2012 | RECEIPT OF PAYMENT #10026296<br>$250.00 PAID AS CC FINES | DC |
| AUGUST 15, 2012<br>E. GOODMAN<br>J. CLEMONS, DA<br>S. GOLDSTEIN FOR<br>D. PENNY, ESQ<br>P. SMITH, CR<br>G. OROZCO, CLK | DEFENDANT NOT PRESENT IN COURT<br>$250 FINE PAID<br>DEFENDANT STAYED OUT OF TROUBLE<br>**CASE CLOSED** | RS |