1   LYSSA S. ANDERSON
Nevada Bar No. 5781
2   KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
3   Las Vegas, Nevada  89113
Telephone:   (702) 792-7000
4   Fax:          (702) 796-7181
landerson@kcnvlaw.com
5
Attorneys for Defendant
6   James Kenyon

7                   UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9   MONICA CONTRERAS,                    Case No. 2:13-cv-00591-APG-PAL

10              Plaintiff,
vs.
11                                       **DEFENDANT JAMES KENYON'S
                                        JOINDER TO DEFENDANT FOX'S
12  RONALD D. FOX; JAMES KENYON;         RESPONSE TO PLAINTIFF'S MOTION
PARTICA DONINGER; CLARK COUNTY,          FOR LEAVE TO AMEND
NEVADA; STATE OF NEVADA, ex rel. THE     [DOCKET NO. 48]**
13  EIGHTH JUDICIAL DISTRICT OUCRT,
DOES 1-10; and ROE entities 11-20 inclusive,
14
15              Defendants.

16          Defendant, JAMES KENYON ("Kenyon"), by and through his attorneys, Kaempfer

17  Crowell, hereby joins in Defendant Fox's Response to Plaintiff's Motion for Leave to Amend

18  [Docket No. 48] and incorporates and adopts the applicable Points and Authorities as if fully set

19  / / /

20  / / /

21  / / /

22  / / /

23

24

KAEMPFER CROWELL, RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

1303054_1.doc  60

Page 1 of 3

forth herein.

DATED this 6th day of September, 2013.

KAEMPFER CROWELL

BY:   */s/ Lyssa Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
**Attorneys for Defendant James Kenyon**

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

1

## CERTIFICATE OF SERVICE

2        I, the undersigned, hereby certify that on this date, I electronically filed the foregoing

3  **DEFENDANT JAMES KENYON'S JOINDER TO DEFENDANT FOX'S RESPONSE TO**

4  **PLAINTIFF'S MOTION FOR LEAVE TO AMEND[DOCKET NO. 48]** using the court's

5  CM/ECF system which will send notification to the following:

6

7  Ross C. Goodman, Esq.          Eva Garcia-Mendoza, Esq.
   GOODMAN LAW GROUP, P.C.     GARCIA-MENDOZA & SNAVELY
   5200 S. Fourth St., 2nd Floor      501 South Seventh Street

8  Las Vegas, NV 89101           Las Vegas, NV 89101
   *Attorney for Plaintiff Monica Contreras*  *Attorney for Defendant Ronald D. Fox*

9

10  Walt R. Cannon, Esq.          Robert W. Freeman, Esq.
   OLSON, CANNON, GORMLEY,    LEWIS BRISBOIS BISGAARD

11  ANGULO & STOBERSKI       & SMITH, LLP
   9950 W. Cheyenne Ave.        6385 W. Rainbow Blvd. #600

12  Las Vegas, NV 89129           Las Vegas, NV 89118
   *Attorney for Patricia Doninger*     *Attorney for Defendant Clark County*

13

14        DATED this 6th day of September, 2013.

15                          */s/ Wendy Applegate*

16

17                        an employee of Kaempfer Crowell

18

19

20

21

22

23

24

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113