# EXHIBIT "1"

## ARREST REPORT/NOTES FOR TESTIFYING IN COURT

On all misdemeanor offenses, other than traffic and misdemeanor citations issued on citizens arrests, an arrest report must be hand printed in the spaces provided for below. This report must contain a sufficient amount of information to establish the corpus delicti, and physical evidence, witnesses, and any specific acts of defendant which increased the seriousness of the offense.

ON LISTED TIME AND DAY SUBJECT ENTERD COURT ROOM 19 OR ATPO. SUBJECT STATED THAT I TOLD HER TO TAKE HER SHIRT OFF IN COURT. MONICA STARTED TO YEL IN COURT AND I HAD TO STOP ALL OTHER CASES. TOOK MONICA INTO CUSTODY. STOP U CHAMBERD MYNDY TIMES WHILE SHE WAS IN THE HOLDING ROOM. HER KIDS WERE AROUND BY CPS. AT THAT TIME. SHE APPEARD TO BE UNDER THE INFLUENCE OF A COMPOUND SUBSTANCE.

EVIDENCE: ☐ Yes ☐ No   LOCATION:
WITNESSES: (include addresses and phone numbers)

JUVENILE'S PARENTS NOTIFED   ☐ Yes  Parent/Guardian Name
(REV. 10-02)                ☐ No                                    Address