Ross C. Goodman
Nevada Bar No. 7722
**GOODMAN LAW GROUP, P.C.**
ross@goodmanlawgroup.com
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MONICA CONTRERAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:13-cv-00591-JCM-PAL |
| ) | |
| RONALD D. FOX; JAMES KENYON; ) | |
| PATRICIA DONINGER; CLARK COUNTY, ) | **PLAINTIFF'S SECOND MOTION FOR** |
| NEVADA; STATE OF NEVADA, ex rel. THE ) | **LEAVE TO AMEND** |
| EIGHTH JUDICIAL DISTRICT COURT, ) | |
| DOES 1-10; and ROE ENTITIES 11-20, ) | |
| inclusive, ) | |
| ) | |
| Defendants. | |

Plaintiff MONICA CONTRERAS moves this Honorable Court for an Order, pursuant to Fed.R.Civ.P. 15, granting leave to amend her Complaint.  A Motion to Amend (#46) was previously filed and is pending.  The present motion does not change any of the matters in the proposed Amended Complaint that was attached to that motion (#46-1).  The proposed Amended Complaint, attached hereto as Exhibit 1, adds four additional legal bases for recovery related to the factual averments in the original and previously submitted proposed amended complaints.[1]

---

[1] No oppositions were filed to the prior motion to amend except by Defendant FOX who opposed allowing the claim for malicious prosecution against him.

1

## POINTS and AUTHORITIES

Fed.R.Civ.P. 15 provides that when a party seeks to amend its pleading, the Court "should freely give leave when justice so requires." Leave is particularly warranted since this motion is filed prior to the expiration of the scheduled last date for seeking amendment.

The new matter in the proposed amended complaint attached hereto does not alter or affect the allegations and claims for relief submitted with the pending prior motion to amend. Related to facts previously alleged, and after further review of matters in the Rule 26 disclosures and additional legal research, the proposed amended complaint submitted herewith adds additional legal bases for recovery, including claims for abuse of process, violation of First Amendment rights, and a claim against previously proposed Defendant GREGORY BRYANT asserting supervisory liability pursuant to 42 USC 1983.

## CONCLUSION

It is respectfully requested that the Court issue an Order granting leave for the filing of the proposed Amended Complaint attached hereto.

DATED this 18th day of November, 2013.

> */s/ Ross C. Goodman, Esq.*
> Ross C. Goodman
> Nevada Bar No. 7722
> **GOODMAN LAW GROUP, P.C.**
> ross@goodmanlawgroup.com
> 520 S. Fourth St., 2nd Floor
> Las Vegas, Nevada  89101
> *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, as follows:

Luther Snavely, Esq.
Email: Luther@gms4law.com
Eva Garcia-Mendoza, Esq.
Email: evagm@gms4law.com
Garcia-Mendoza & Snavely, Chtd.
501 S. Seventh Street
Las Vegas, Nevada 89101
***Attorneys for Ronald D. Fox***

Lyssa S. Anderson, Esq.
Email: landerson@kcnvlaw.com
Kaempfer Crowell Renshaw Gronauer & Fiorentino
8345 West Sunset Rd., Ste. 250
Las Vegas, Nevada 89113
***Attorneys for James Kenyon***

Walter R. Cannon, Esq.
Email: wcannon@ocgas.com
Olson, Cannon, Gormley, Angulo & Stoberski
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
***Attorneys for Patricia Doninger***

Robert W. Freeman, Esq.
Email: rfreeman@lbbslaw.com
Lewis Brisbois Bisgaard & Smith, LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
***Attorneys for Clark County***

                                        */s/ Ross C. Goodman, Esq.*
                                        Ross C. Goodman, Esq.