LYSSA S. ANDERSON
Nevada Bar No. 5781
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone: (702) 792-7000
Fax:           (702) 796-7181
landerson@kcnvlaw.com

Attorneys for Defendant
James Kenyon

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONICA CONTRERAS, individually, and in her capacity as natural mother and guardian of, and on behalf of, ANDREA PATERNA, a minor,<br><br>          Plaintiff,<br><br>vs.<br><br>RONALD D. FOX; JAMES KENYON; GREGORY BRYANT; PARTICA DONINGER; CLARK COUNTY, NEVADA; DOES 1-10; and ROE entities 11-20 inclusive,<br><br>          Defendants. | Case No. 2:13-cv-00591-JCM-PAL<br><br>**DEFENDANT JAMES KENYON'S ERRATA TO ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant JAMES KENYON, (Defendant), by and through his counsel, Kaempfer Crowell, hereby files his Errata to his Answer to Plaintiff's First Amended Complaint as follows:

1.  The title of the Answer incorrectly identified the Defendant as "John" Kenyon. The correct title is amended to substitute the name "James" in the place of "John".

2.  The response to Paragraph 25(a) was incorrect due to a data entry mistake. The response is amended to read "Answering Paragraph 25(a), of the Plaintiff's First Amended Complaint, Defendant alleges that the allegations contained therein call for non-factual, legal conclusions and Defendant is therefore not required to answer the same."

3. The Certificate of Mailing also referenced "John" Kenyon.  The Certificate is amended to substitute the name "James" in the place of "John".

DATED this 7th day of February, 2014.

KAEMPFER CROWELL

BY:  */s/ Lyssa Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
**Attorneys for Defendant James Kenyon**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this date, I electronically filed the foregoing **ERRATA TO DEFENDANT JAMES KENYON'S ANSWER TO FIRST AMENDED COMPLAINT** using the court's CM/ECF system which will send notification to the following:

| | |
|---|---|
| Ross C. Goodman, Esq.<br>GOODMAN LAW GROUP, P.C.<br>5200 S. Fourth St., 2nd Floor<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff Monica Contreras* | Eva Garcia-Mendoza, Esq.<br>GARCIA-MENDOZA & SNAVELY<br>501 South Seventh Street<br>Las Vegas, NV 89101<br>*Attorney for Defendant Ronald D. Fox* |
| Walt R. Cannon, Esq.<br>OLSON, CANNON, GORMLEY,<br>ANGULO & STOBERSKI<br>9950 W. Cheyenne Ave.<br>Las Vegas, NV 89129<br>*Attorney for Patricia Doninger* | Robert W. Freeman, Esq.<br>LEWIS BRISBOIS BISGAARD<br>& SMITH, LLP<br>6385 W. Rainbow Blvd. #600<br>Las Vegas, NV 89118<br>*Attorney for Defendant Clark County* |

DATED this 7th day of February, 2014.

*/s/ Wendy Applegate*

an employee of Kaempfer Crowell

KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

1367714_1.doc  60

Page 3 of 3