WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - Telephone
(702) 383-0701 - Fax
wcannon@ocgas.com
Attorney for Patricia Doninger

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MONICA CONTRERAS, individually, )
and in her capacity as natural mother and )
guardian of, and on behalf of, ANDREA )
PATERNA, a minor, )
                                           )
        Plaintiffs, )
                                           )   CASE NO. 2:13-cv-00591-JCM-PAL
vs. )
                                           )
RONALD D. FOX; JAMES KENYON; )
GREGORY BRYANT; PATRICIA )
DONINGER; CLARK COUNTY, )
NEVADA; DOES 1-10; and ROE )
ENTITIES 11-20, inclusive, )
                                           )
        Defendants. )
_____)

**JOINT MOTION TO STAY PROCEEDINGS**

       COMES NOW the parties, by and through their respective undersigned counsel of record, and hereby move this Honorable Court for an Order staying all proceedings in this matter as a result of a tentative settlement agreement which was reached by the parties during an April 24, 2014 mediation.

       Unfortunately, the parties' settlement cannot be finalized until approximately July 8, 2014, when the settlement is brought before the State of Nevada Board of Examiners for formal approval. The parties, in good faith, believe that their settlement will be approved at their meeting and a Stipulation and Order for Dismissal with Prejudice will be filed with the Court not later than fourteen (14) days thereafter.

In the interim period, the parties will prepare and execute a Settlement Agreement and Release of All Claims and Plaintiffs' counsel will secure an Order from a court of competent jurisdiction to compromise the claims of minor Plaintiff, Andrea Paterna, for the sums set forth in the parties' Settlement Agreement.

Based upon and in view of all of the foregoing, the parties hereto would respectfully request that this Honorable Court enter an Order staying all proceedings in this case to allow them sufficient time to finalize the settlement that they have reached. The parties anticipate having a Stipulation and Order for Dismissal with Prejudice filed with this Court not later than fourteen (14) days after receiving approval from the State of Nevada Board of Examiners on July 8, 2014.

Respectfully submitted this 28th day of April, 2014.

| GOODMAN LAW GROUP, P.C. | EGLET WALL CHRISTIANSEN |
|---|---|
| /s/ Ross C. Goodman | /s/ Tracy A. Eglet |
| ROSS C. GOODMAN, ESQ. | TRACY A. EGLET, ESQ. |
| 520 So. Fourth Street, 2nd Floor | R. TODD TERRY, ESQ. |
| Las Vegas, Nevada 89101 | 400 S. 7th Street, Box 1, Suite 400 |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorneys for Plaintiff |
| GARCIA-MENDOZA & SNAVELY, CHTD. | KAMPFER CROMWELL RENSHAW GRONAUER & FIORENTINO |
| /s/ Luther M. Snavely, III | /s/ Lyssa S. Anderson |
| LUTHER M. SNAVELY, III, ESQ. | LYSSA S. ANDERSON, ESQ. |
| 501 South Seventh Street | 8345 W. Sunset Road, Suite 250 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89113 |
| Attorney for Defendant Ronald D. Fox | Attorney for Defendants James Kenyon and Gregory Bryant |

. . .

. . .

. . .

. . .

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH, LLP | OLSON, CANNON, GORMLEY ANGULO & STOBERSKI |
| /s/ Robert W. Freeman<br>ROBERT W. FREEMAN, ESQ.<br>6385 W. Rainbow Blvd., #600<br>Las Vegas, Nevada 89118<br>Attorney for Defendant Clark County | /s/ Walter R. Cannon<br>WALTER R. CANNON, ESQ.<br>KATHERINE J. GORDON, ESQ.<br>9950 W. Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorneys for Defendant Patricia Doninger |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of April, 2014, I served the above **JOINT MOTION TO STAY DISCOVERY** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

Ross C. Goodman, Esq.
Goodman Law Group, P.C.
520 So. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
Attorney for Plaintiff

Tracy A. Eglet, Esq.
Bradley J. Myers, Esq.
R. Todd Terry, Esq.
Eglet Wall Christiansen
400 South Seventh Street, Box 1, Suite 400
Las Vegas, Nevada 89101
Attorneys for Plaintiff

Eva Garcia-Mendoza, Esq.
Luther Snavely, Esq.
501 South Seventh Street
Las Vegas, Nevada 89101
Attorney for Defendant Ronald D. Fox

Lyssa S. Anderson, Esq.
Kaempfer Crowell Renshaw Gronauer & Fiorentino
8345 W. Sunset Road, Suite 250
Las Vegas, Nevada 89113
Attorney for Defendant James Kenyon

Robert W. Freeman, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
6385 S. Rainbow Blvd., #600
Las Vegas, Nevada 89118
Attorney for Defendant Clark County

/s/ Nanette D. Langenderfer
An Employee of OLSON, CANNON, GORMLEY ANGULO & STOBERSKI