# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MONICA CONTRERAS,

    Plaintiff(s),

v.

RONALD D. FOX, et al.,

    Defendant(s).

2:13-CV-591 JCM (PAL)

# ORDER

Presently before the court is the matter of *Contreras v. Fox, et al,* case no. 2:13-cv-591-JCM-PAL. Currently pending are two motions to dismiss filed by defendants (docs. # 65, 66) which have been fully briefed and are ripe for review.

The parties have recently filed a joint motion to stay (doc. # 78) which indicates they have reached a tentative global settlement. The parties represent that they are awaiting approval of the settlement from the State Board of Examiners, and upon approval will file the necessary stipulation and proposed order of dismissal. (*Id.*). The magistrate judge has given the parties until July 22, 2014, in which to file the stipulation and proposed order. (Doc. # 79).

In light of the tentative settlement, the court denies the pending motions to dismiss without prejudice.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motions to

3  dismiss (doc. # 65, 66) be, and the same hereby are, DENIED without prejudice.

4  DATED May 13, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**